SEARCH WARRANT RETURN (REV 03/13)

# RETURN

Case No.: 25-04642MB

☒ FILED  ☐ LODGED
**Feb 25 2025**
CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 2-25-25 | 2-25-25 1350 | |

**INVENTORY MADE IN THE PRESENCE OF**
David W Bullard Jr. + Ethan Paszko

**INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT**

no contraband found
nothing seized

## NOT EXECUTED

☐ This Warrant was Not Executed.
*(check this box if the warrant was never executed and leave the sections above blank.)*

## CERTIFICATION

I declare under penalty of perjury that this inventory is correct and was returned to the designated judge.

Date: 2-25-25

*David W Bullard Jr.*
Executing Officer's Signature

David W Bullard Jr.  U.S. Postal Inspector
Printed Name and Title